1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9    Deborah F. Doctor,                    )
                                           )        No. CV 06-076-TUC-FRZ (HCE)
10              Plaintiff,                  )
                                           )              **ORDER**
11   v.                                     )
                                           )
12   R. James Nicholson, Secretary of the)
     Department of Veteran Affairs,         )
13                                          )
                Defendant.                  )
14   _____)

15

16

17

18         This matter was referred to the United States Magistrate Judge for all pretrial proceedings

19   and report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) and

20   LRCiv 72.1 and LRCiv 72.2, Rules of Practice of the United States District Court for the

21   District of Arizona.

22         Magistrate Judge Hector C. Estrada issued his Report and Recommendation, filed on

23   November 6, 2006 , recommending that the District Court, after its independent review of the

24   record, enter an order denying Plaintiff's Motion for Default Judgment and granting Plaintiff

25   additional time to effect service pursuant to Rule 4(i) of the Federal Rules of Civil Procedure

26   and to submit  proof of service pursuant to Rule 4(l) of the Federal Rules of Civil Procedure.

27         The Clerk of Court was directed to send a copy of this Report and Recommendation to the

28   parties and/or their counsel.  No objections were filed.

1    The Court, having made an independent review of the record herein, finds that the Report

2  and Recommendation of Magistrate Judge Estrada should be adopted as the findings of fact and

3  conclusions of law of this Court.

4    Based on the foregoing,

5    **IT IS ORDERED** that Magistrate Judge Estrada's Report and Recommendation is hereby

6  **ACCEPTED** and **ADOPTED** as the findings of fact and conclusions of law by this Court;

7    **IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment [Doc. # 6]

8  is **DENIED**;

9    **IT IS FURTHER ORDERED** that Plaintiff is granted an additional 60 (sixty) days to

10  effect service pursuant to Rule 4(i) of the Federal Rules of Civil Procedure and to submit  proof

11  of service pursuant to Rule 4(l) of the Federal Rules of Civil Procedure in accordance with the

12  Report and Recommendation.

13    **IT IS FURTHER ORDERED** that this matter is referred back to Magistrate Judge

14  Estrada for all pretrial proceedings and report and recommendation in accordance with the

15  provisions of 28 U.S.C. § 636(b)(1) and LRCiv 72.1 and LRCiv 72.2.

16

17    DATED this 30th day of November, 2006.

18

19

20    FRANK R. ZAPATA
    United States District Judge

21

22

23

24

25

26

27

28