IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deborah F. Doctor,<br><br>　　　　Plaintiff,<br><br>v.<br><br>R. James Nicholson, Secretary of the Department of Veteran Affairs,<br><br>　　　　Defendant. | No. CV 06-076-TUC-FRZ (HCE)<br><br>**ORDER** |

　　This matter was referred to the United States Magistrate Judge for all pretrial proceedings and report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) and LRCiv 72.1 and LRCiv 72.2, Rules of Practice of the United States District Court for the District of Arizona.

　　Magistrate Judge Hector C. Estrada issued his Report and Recommendation, filed on December 4, 2007, recommending that the District Court grant Defendant's Motion to Dismiss. The Report and Recommendation carefully considers the five factors to determine whether dismissal is appropriate, as set forth in *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986)(when determining whether to dismiss a claim for failure to comply with a court order, the court must weigh the following factors: 1) the public's interest in expeditious resolution of litigation; 2) the court's need to manage its docket; 3) the risk of prejudice to the defendant; 4) the availability of less drastic alternatives; and 5) the public policy favoring disposition of cases on their merits.) *See also Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002).

1  The Magistrate Judge considered these factors, with deference to Plaintiff's *pro se* status,
2 before concluding that, because four of the five factors for consideration strongly favor
3 dismissal, Defendant's Motion to Dismiss should be granted.  *See Yourish v. California*
4 *Amplifier*, 191 F.3d 983, 990 (9th Cir. 1999).

5  The Report and Recommendation provides a thorough discussion of the facts and issues
6 presented.

7  The Clerk of Court was directed to send a copy of this Report and Recommendation to the
8 parties and/or their counsel.  No objections were filed.

9  The Court, having made an independent review of the record herein, finds that the Report
10 and Recommendations of Magistrate Judge Estrada should be adopted as the findings of fact and
11 conclusions of law of this Court.

12  Based on the foregoing,

13  IT IS ORDERED that Magistrate Judge Estrada's Report and Recommendation is hereby
14 ACCEPTED and ADOPTED as the findings of fact and conclusions of law by this Court;

15  IT IS FURTHER ORDERED that Defendant's Motion to Dismiss [Doc. #36] is
16 GRANTED;

17  IT IS FURTHER ORDERED that this action is DISMISSED; judgment shall enter
18 accordingly.

19  IT IS FURTHER ORDERED that all other pending matters are denied as moot.

21  DATED this 13th day of March, 2008.

*[signature]*
FRANK R. ZAPATA
United States District Judge